## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 98CR0966-MMA-5 |
|---|---|---|
| Plaintiff, | ) | **ORDER DISMISSING INDICTMENT AND RECALLING ARREST WARRANT;** |
| v. | ) | |
| ELENO ROSALES (5), | ) | [Doc. No. 282] |
| Defendant. | ) | **JUDGMENT OF DISMISSAL** |

Upon motion of the United States, good cause appearing, the Court **DISMISSES WITHOUT PREJUDICE** the Indictment in the above entitled case. The Court further **ORDERS** the Arrest Warrant recalled.

**IT IS SO ORDERED AND ADJUDGED**.

DATED: January 22, 2014

HON. MICHAEL M. ANELLO
United States District Judge